SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@socaleag.com

Attorneys for Plaintiff
SAM BENFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>             Plaintiff,<br><br>      vs.<br><br>KARTE, INC.; ROBERT CHAN, AS TRUSTEE OF THE CHAN LIVING TRUST; and DOES 1 to 10,<br><br>             Defendants. | Case No.: 2:25-cv-10350-DMG-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

**PLEASE TAKE NOTICE** that SAM BENFORD ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED: December 30, 2025                     **SO. CAL. EQUAL ACCESS GROUP**

                                  By:  ___/s/  *Jason J. Kim*___
                                       Jason J. Kim, Esq.
                                       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**